

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN - 5 2024

RICK WARREN
COURT CLERK
112_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| JANE DOE, Individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff | ) ) | Case No. CJ-2024-3538 |
| v. | ) ) ) | Hon. Aletia Haynes Timmons |
| LAKESIDE WOMEN'S HOSPITAL, LLC d/b/a LAKESIDE WOMEN'S HOSPITAL, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR PERMISSION TO PROCEED UNDER A PSEUDONYM**

1. This case arises from the non-consensual intrusion and disclosure into Plaintiff's personal and private matters – namely her protected health information.

2. Plaintiff requests permission to proceed under pseudonyms to protect her identity and her medical information from further public disclosure.

3. Plaintiff also moves the court to order Defendant to maintain the confidentiality of her identity by using only pseudonyms in all of their filings, including all exhibits in which her name appears.

4. Plaintiff Jane Doe is an adult female citizen of Oklahoma.

5. The Petition was filed on May 30, 2024.

6. Plaintiff will disclose her identity to the Court and Defendant at the direction of the Court.

7. Due to the nature of the claims of this case and the damages alleged, this case necessarily involves examination and consideration of Plaintiff's health status and – importantly – her efforts to seek treatments through Defendant's electronic systems for herself.

**EXHIBIT 2**

8. Plaintiff used pseudonyms to protect her identity from being released due to the highly personal and potentially stigmatizing medical information at issue, and the desire to prevent her private personal medical information from being spread further.

9. There are several factors which weigh in favor of allowing Plaintiff to proceed pseudonymously and entering an order that all parties use Plaintiff's pseudonyms in all documents.

10. The first is the potential for embarrassment and social stigmatization given the nature of the Petition regarding the physical health, treatment, diagnoses, and care sought by Plaintiff.

11. Moreover, Plaintiff's claims sound in intrusion upon seclusion into Plaintiff's private and personal affairs. By allowing Plaintiff to proceed pseudonymously, Plaintiff seeks to limit her damages further, by limiting, to the extent possible, the necessity of her name on public dockets and filings with her medical records.

12. Additionally, there is a lack of any prejudice to Defendant, actual or otherwise. Courts routinely enter stipulated orders protecting the personal medical information of parties which include forbidding the disclosure of identifiable personal information or personal identifiable information.

13. Plaintiff does not seek to seal the case, nor does she desire the facts to be shielded from the public eye — Plaintiff merely seeks to prevent the disclosure of her actual name as part of a public record.

14. There is no public interest in the disclosure of Plaintiff's identity.

15. For the reasons stated above, Plaintiff seeks an order requesting permission to proceed under pseudonyms to protect her identity from public disclosure. As stated, Plaintiff will disclose her identity to the Court and the Defendant.

**EXHIBIT 2**

16. Plaintiff also moves the court to order Defendant to maintain the confidentiality of her identity by using only pseudonyms in all of its filings, including all exhibits in which her name appears.

Respectfully submitted,

*/s/ Matt Alison*

Jason B. Aamodt, OBA # 16974
Matthew D. Alison, OBA # 32723
INDIAN &ENVIRONMENTAL LAW GROUP, PLLC
233 S. Detroit Ave, Suite 200
Tulsa, Oklahoma 74120
(918) 347-6169
(918) 948-6190 (facsimile)
jason@iaelaw.com
matthew@iaelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2023, a true and correct copy of the foregoing instrument was deposited in the United States mail, to the following persons, postage prepaid, first class:

Lakeside Women's Hospital, LLC
c/o Brent Hubbard, Registered Agent
3001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134

*/s/ Matt Alison*
Matthew D. Alison

**EXHIBIT 2**