FILED
United States Court of Appeals
Tenth Circuit

October 25, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

JANE DOE, individually, and on behalf of all others similarly situated,

    Plaintiff - Appellee

v.

LAKESIDE WOMEN'S HOSPITAL, LLC, d/b/a Lakeside Women's Hospital,

    Defendant - Appellant.

No. 24-6218
(D.C. No. 5:24-CV-00653-HE)
(W.D. Okla.)

_____

## ORDER
_____

This matter is before the court following review of the appellant's docketing statement. Defendant Lakeside Women's Hospital, LLC, appeals the district court's September 13, 2024 order remanding the underlying case to the District Court of Oklahoma County, which is the state court from which the case was removed. This court's authority to review remand orders is substantially limited, however, and we believe that we may be without jurisdiction to review this particular order. Accordingly, we are considering this appeal for summary disposition. 10th Cir. R. 27.3(B).

We direct the appellant to address the following issue in a memorandum brief: whether this court has jurisdiction to review the district court's order remanding the case to state court? 28 U.S.C. § 1447(d) ("An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise…"); *Powerex Corp. v.*

*Reliant Energy Svcs., Inc.*, 551 U.S. 224, 229 (2007) (discussing same). The appellant's memorandum brief shall be filed on or before November 8, 2024. *See* 10th Cir. R. 27.3(B) (describing requirements for memorandum briefs addressing potentially dispositive issues raised by the court).

Regular proceedings in this appeal, including briefing on the merits, are suspended pending further order of this court. *See* 10th Cir. R. 27.3(C).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk