**FILED**  
**United States Court of Appeals**  
**Tenth Circuit**

**February 19, 2025**

**Christopher M. Wolpert**  
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellee<br><br>v.<br><br>LAKESIDE WOMEN'S HOSPITAL, LLC, d/b/a Lakeside Women's Hospital,<br><br>    Defendant - Appellant. | No. 24-6218<br>(D.C. No. 5:24-CV-00653-HE)<br>(W.D. Okla.) |

---

## ORDER

---

Upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear its and her own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk