**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Oklahoma City, Oklahoma

Dated February 19, 2025

| | | |
|---|---|---|
| JANE DOE, Individually, and on behalf of<br>all others similarly situated,<br><br>        Plaintiff<br><br>v.<br><br>LAKESIDE WOMEN'S HOSPITAL,<br>LLC d/b/a LAKESIDE WOMEN'S<br>HOSPITAL,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.  CIV-24-0653-HE |

**ENTER ORDER**

This court previously stayed the remand order previously entered, pending a decision by the Tenth Circuit Court of Appeals as to defendant's appeal.  That court has now dismissed the appeal and issued its mandate as to same [Doc. Nos. 28 & 29].  Therefore, consistent with the prior order of this court, this case is **REMANDED** to the District Court of Oklahoma County, State of Oklahoma.

**THIS ORDER IS ENTERED AT THE DIRECTION OF JUDGE JOE HEATON**.

                             **JOAN KANE, CLERK OF COURT
WESTERN DISTRICT OF OKLAHOMA**

                             By:    s/Lisa Minter
                                 Deputy Clerk

Copy to all parties
Certified copy to District Court, Oklahoma County, State of Oklahoma